# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                                                       **PLAINTIFF**

**V.**                              **NO. 4:22-CV-00171-BRW**

**RICHARD RHODES,** *ET AL***.**                                                           **DEFENDANTS**

## JUDGMENT

Based on the Court's February 25, 2022 order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this  28th day of February, 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE